# Exhibit 2












